**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**CRISTIANNA MCKINNEY** **PLAINTIFF**

**v.** **CASE NO. 6:16-CV-06055-PKH**

**MALVERN SCHOOL DISTRICT** **DEFENDANT**

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE
AND INCORPORATED BRIEF**

COMES NOW Plaintiff, by and through counsel, Wallace, Martin, Duke & Russell, PLLC, and for Plaintiff's Motion to Dismiss with Prejudice and Incorporated Brief states:

1. Plaintiff and Defendant have entered into an agreement that resolves all outstanding issues present in this Cause of Action.

2. As such, Plaintiff now seeks to dismiss this present Cause of Action against the Defendant with prejudice.

WHEREFORE, Plaintiff prays that this Court grant Plaintiff's Motion to Dismiss with Prejudice, and for all other proper relief.

Respectfully submitted,

WALLACE, MARTIN, DUKE & RUSSELL, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201
Attorney for Plaintiff

By: *_/s/ James Monroe Scurlock_*
James Monroe Scurlock, AR Bar No. 2012028
jms@WallaceLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this, the 6th day of March 2017, via electronic upon counsel for the Defendant.

Cody Kees
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
(501) 374-1107
(501) 374-5092 FAX
Email: ckees@bbplaw.com
Attorney for Defendant

*/s/ James Monroe Scurlock*

James Monroe Scurlock, AR Bar No. 2012028
jms@WallaceLawFirm.com