IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRISTIANNA MCKINNEY                                                                                   PLAINTIFF

v.                                           No. 6:16-CV-06055

MALVERN SCHOOL DISTRICT                                                                       DEFENDANT

## ORDER

    Before the Court is Plaintiff Cristianna McKinney's motion (Doc. 13) to dismiss with prejudice. No response has been filed but a response is unnecessary. Plaintiff represents that the parties have settled their dispute. The Court considers dismissal on these terms proper.

    IT IS THEREFORE ORDERED that Plaintiff's motion to dismiss (Doc. 13) is GRANTED and this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED this 6th day of March, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE